ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Total Environmental Concepts, Inc. | )  ASBCA No. 60028 |
| | ) |
| Under Contract No. FQ11230 | ) |

APPEARANCE FOR THE APPELLANT:     Brian S. Jablon, Esq.
                                 Wellens & Jablon, LLC
                                 Severna Park, MD

APPEARANCE FOR THE GOVERNMENT:    Jon B. Crocker, Esq.
                                 Chief Counsel
                                 Washington Metropolitan Area
                                  Transit Authority
                                 Washington, DC

## ORDER OF DISMISSAL

By letter dated June 26, 2018, Total Environmental Concepts, Inc. notified the Board that it desired to withdraw its appeal and have the Board dismiss it with prejudice.

The appeal is dismissed with prejudice.

Dated: June 27, 2018

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60028, Appeal of Total Environmental Concepts, Inc., rendered in conformance with the Board's Charter.

Dated

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals